# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

JOHANNA FORMAN, et al.,

        Plaintiff(s),

v.

NAVIGATORS INSURANCE COMPANY,

        Defendant(s).

CASE NO. C 08-04729 CW

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* Mediation by neutral agreed on by parties. Parties are in discussion as to selection of mediator

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline May 4, 2009 (120 days) to permit parties to complete initial disclosures

Dated: 12/30/08

/s/ Joel P. Waelty
Attorney for Plaintiff

Dated: 12/30/08

/s/ David H. Waters
Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- xx    Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- xx    other -- May 4, 2009

IT IS SO ORDERED.

1/7/09

Dated:_____

_____
UNITED STATES DISTRICT JUDGE