Arnold R. Levinson (State Bar No. 066583)
Rebecca Grey (State Bar No. 194940)
Joel P. Waelty (State Bar No. 226728)
PILLSBURY & LEVINSON, LLP
600 Montgomery Street, 31st Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816
E-mail: alevinson@pillsburylevinson.com, rgrey@pillsburylevinson.com, jwaelty@pillsburylevinson.com

Attorneys for Plaintiffs,
JOHANNA FORMAN and KENNETH SANDERS

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA FORMAN, and KENNETH SANDERS on behalf of the Bankruptcy Estate of Gary Morris,<br><br>         Plaintiffs,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY,<br><br>         Defendant. | Case No. 4:08-CV-04729 CW<br><br>DISCOVERY<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL<br><br>DATE: June 29, 2009<br>TIME: 9:00 a.m.<br>Judge: Hon. Elizabeth D. Laporte |

    The motion of Plaintiffs Johanna Forman and Kenneth Sanders for an Order Compelling the Further Production of Documents and Further Responses to Requests for Admissions came on regularly before this Court on June 24, 2009. Plaintiffs were represented by their counsel of record, Rebecca Grey, of Pillsbury & Levinson, LLP.

Defendant Navigators Insurance Company was represented by its counsel of record, David Waters, of Burnham Brown. After consideration of the papers filed in support of and in opposition to said motion, and argument of counsel:

IT IS HEREBY ORDERED:

Plaintiffs' Motion to Compel Further Production of Documents contained in the Archer Norris and Navigators files is GRANTED as to all documents withheld on the basis of the attorney-client communication privilege. The documents are to be produced within 21 days of the date of the hearing, or by July 15, 2009. Private medical information, including any sensitive mental health information, pertaining to Gary Morris contained in those documents will be subject to a protective order agreed to by the parties. The parties are to meet and confer regarding the terms of the stipulated protective order.

Plaintiffs' Motion to Compel further production of documents on the basis of the attorney work-product privilege is DENIED without prejudice. If any documents are withheld on the basis of the work-product privilege, each withheld document must be identified in a privilege log, as described more fully below. The parties are ordered to meet and confer regarding any remaining disputes, and if necessary, may bring any remaining disputes to the Court's attention.

Defendant is further ordered to provide an updated privilege log by July 15, 2009, identifying any documents withheld based upon a claim of privilege or protection in compliance with paragraph 5 of the Court's May 14, 2009 Order re: Discovery Procedures. ~~from discovery setting forth a) the name and job title or capacity of the author; b) the name and job title or capacity of each recipient; c) the date the document was prepared and, if different, the date(s) on which it was sent to or shared with persons other than its author(s); d) the title and description of the document; f) the purpose(s) for which it was prepared or communicated; and g) the specific basis for the claim that it is privileged.~~

Plaintiffs' Motion to Compel Defendant Navigators Insurance Company's further answers to Requests for Admissions regarding the defense of reliance on advice of

2

[PRPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL
Case No. 4:08-CV-04729 CW

counsel is DENIED in part. Defendant Navigators Insurance Company is ordered to raise the defense, if it chooses to do so, within four weeks of the hearing, or by July 24, 2009.

IT IS SO ORDERED.

Dated: July 2, 2009

_____
HON. ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*