David H. Waters, CASB# 078512
Alison F. Greene, CASB# 148309
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:  (510) 444-6800
Facsimile:  (510) 835-6666
Email:      dwaters@burnhambrown.com
            agreene@burnhambrown.com

Attorneys for Defendant
NAVIGATORS INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHANNA FORMAN, and KENNETH SANDERS on behalf of the Bankruptcy Estate of Gary Morris, <br><br> Plaintiffs, <br><br> v. <br><br> NAVIGATORS INSURANCE COMPANY, and DOES 1 to 10, inclusive, <br><br> Defendants. | No. C08-04729 CW <br><br> **STIPULATION AND ORDER CONTINUING THE LAST DATE TO COMPLETE PRIVATE MEDIATION AS MODIFIED** |

Plaintiffs Johanna Forman and Kenneth Sanders ("Plaintiffs"), and defendant Navigators Insurance Company ("Navigators"), by and through their respective counsel of record, hereby stipulate and agree to the following:

1. WHEREAS this Court's February 6, 2009, Case Management Order referred the parties to private mediation to be completed by May 4, 2009.

2. WHEREAS, Plaintiffs and Defendant previously stipulated to continue the last date to complete private mediation to July 6, 2009 and WHEREAS the Court

1    granted the parties' request.

2    3.   WHEREAS, the last day to mediate was continued for two reasons. First, the parties disputed whether the attorney client and work product privilege applied to preclude production of certain portions of Navigators' claims file and certain portions of the files of underlying defense counsel for Gary Morris, and had met and conferred on that issue, and plaintiffs desired to bring a motion to compel both as to the production of those documents and as to whether or when Navigators was required to disclose if it intended to use certain defenses at trial. Second, Navigators intended to file its motion for summary judgment on the legal issue of the effect of the insured's discharge in bankruptcy before commencement of the trial of the underlying action on plaintiffs' claims for damages by reason of the subsequent entry of judgment in excess of Navigators' policy limit;

4.   Plaintiffs' motion to compel discovery was heard on June 29, 2009 and Navigators has been ordered to produce the documents it claimed were attorney client privileged by July 15, 2009, after the current last date for completion of mediation of July 6, 2009.

5.   Navigators filed its motion for summary judgment on the legal issue of the effect of the bankruptcy, which is pending for hearing on July 9, 2009.

6.   Plaintiffs remain of their contention that a review of the documents previously withheld as privileged under the attorney client privilege is necessary for their preparation for trial as well as for mediation purposes.

7.   Navigators remains in its belief that any mediation before the legal issue of the effect of the bankruptcy renders mediation premature, as well as ineffective.

///

///

///

///

8. Therefore, the parties request that this court's deadline to complete private mediation be extended to 45 days after the Court issues its decision on Navigators' motion for summary judgment.

DATED:                                    PILLSBURY & LEVINSON, LLP

_____
REBECCA GREY
Attorneys for Plaintiffs
Johanna Foreman and Kenneth Sanders

DATED:                                    BURNHAM BROWN

_____
DAVID H. WATERS

ORDER

The Court orders that the last day to complete mediation be continued to September 15, 2009.

DATED:  7/15/09  _____

_____
HONORABLE CLAUDIA WILKEN
U. S. DISTRICT COURT

951832