David H. Waters, State Bar No. 078512
Alison F. Greene, State Bar No. 148309
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:     (510) 835-6666
Email:           dwaters@burnhambrown.com
                    agreene@burnhambrown.com

Attorneys for Defendant
NAVIGATORS INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHANNA FORMAN, and KENNETH SANDERS on behalf of the Bankruptcy Estate of Gary Morris,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY, and DOES 1 to 10, inclusive,<br><br>Defendants. | No. C08-04729 CW<br><br>**NOTICE OF DISMISSAL BY PLAINTIFFS AND ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint Filed:  September 9, 2008 |

Plaintiffs Johanna Forman and Kenneth Sanders on behalf of the Bankruptcy Estate of Gary Morris hereby request that this action be dismissed with prejudice.  Each party to bear its own costs and attorney fees.

///

///

///

///

///

///

It is so stipulated by the parties counsel of record.

DATED: November 9, 2009          PILLSBURY & LEVINSON, LLP

/S/
―――――――――――――――――――
REBECCA GREY
Attorneys for Plaintiffs
Johanna Forman and Kenneth Sanders on
Behalf of the Bankruptcy Estate of Gary Morris

DATED: November 9, 2009          BURNHAM BROWN

/S/
―――――――――――――――――――
DAVID H. WATERS
Attorneys for Defendant
NAVIGATORS INSURANCE COMPANY

**ORDER DISMISSING ACTION**

IT IS SO ORDERED.

DATED: November 10, 2009

―――――――――――――――――――
HONORABLE CLAUDIA WILKIN

975653